**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

EFREM E. BURKE
ADC #121909                                                                    PETITIONER


VS.                              5:06CV00078 SWW/JTR


LARRY NORRIS, Director,
Arkansas Department of Correction                                              RESPONDENT


**<u>ORDER</u>**

Petitioner, an inmate at the Cummins Unit of the Arkansas Department of Correction, has

filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254, and has paid the filing fee.

(Docket entry #1.)  The Court will therefore order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1.        The Clerk of the Court is directed to serve a copy of the habeas Petition (docket entry

#1) and this Order on Respondent and the Arkansas Attorney General by mail.

2.        Respondent shall file a responsive pleading **within twenty (20) days** of service.

Respondent is directed to Rule 5 of the Rules Governing Section 2254 Cases with regard to the

required contents of an Answer.

Dated this 28th day of April, 2006.


_____
UNITED STATES MAGISTRATE JUDGE

1