IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EFREM E. BURKE
ADC #121909                                                                                                      PETITIONER

VS.                                             5:06CV00078 JTR

LARRY NORRIS, Director,
Arkansas Department of Corrections                                                        RESPONDENT

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment be entered in favor of Respondent, and that this habeas action is hereby DISMISSED, WITH PREJUDICE.

Dated this 27th day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE